## THIRD DEPARTMENT, JANUARY, 1932.

In the Matter of the Claim of SAMUEL DORFMAN, Committee of BECKIE DORFMAN, Respondent, against HYMAN LEVINE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the employer and the insurance carrier against the State Industrial Board. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.